UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICKEAL BURGESS,

        Petitioner,                           **JUDGMENT**
                                                  09-CV-5514 (RRM)

   - against -

BRUCE YELICH, Superintendent, Bare Hill
Correctional Facility,

        Respondent.
-------------------------------------------------------------X

      A Memorandum and Order of the undersigned having been filed this day denying the petition for a writ of habeas corpus and directing the Clerk of the Court to enter judgment accordingly and close this case, it is

      ORDERED, ADJUDGED AND DECREED that the petition is denied. A certificate of appealability shall not issue, as petitioner has not made a substantial showing of the denial of a constitutional right. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore, *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
         December 24, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge